# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **CAHABA VALLEY HEALTH SERVICES, INC.,** } | |
| **Plaintiff,** } | |
| } | **Case No.: 7:19-CV-01213-RDP** |
| v. } | |
| **GREAT AMERICAN ALLIANCE COMPANY, et al.,** } | |
| **Defendants.** } | |

## MEMORANDUM OPINION

This matter is before the court on Bravo Food Service LLC's ("Bravo") Motion to Dismiss. (Doc. # 16). Bravo seeks dismissal of Cahaba Valley Health Services Complaint for Declaratory Judgment (Doc. # 1-1) pursuant to Federal Rules of Civil Procedure 8(a)(2), 12(b)(1), and 12(b)(6). The Motion has been fully briefed (*see* Docs. # 16, 18, 19) and is ripe for review. After careful review, and for the reasons stated in the court's April 21, 2020 Memorandum Opinion entered in 7:19-cv-01026-RDP, Bravo's Motion (Doc. # 16) is due to be granted.

**DONE** and **ORDERED** this April 21, 2020.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE